UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUZ PAULINO-SANTOS, MICHAEL RING, BETTY VEGA, and NEW YORK INTEGRATED NETWORK,<br><br>                          Plaintiffs,<br><br>-against-<br><br>METROPOLITAN TRANSIT AUTHORITY, NEW YORK CITY TRANSIT, JOHN LIEBER, and RICHARD DAVEY,<br><br>                          Defendants. | 23-CV-3471 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 27, except that the deadlines for the parties' pre-motion letter and response are hereby ADJOURNED. The Court's Individual Rules do not require such submissions. See Rule 4(a). **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 28, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge