PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

**MEMO ENDORSED**

Direct Dial: (212) 373-3441

Email: glaufer@paulweiss.com

June 11, 2024

**By ECF**

The Honorable Jessica G.L. Clarke
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

Application GRANTED. The conference in this matter, previously scheduled for June 12, 2024 at 12:00 p.m., is RESCHEDULED for **June 13, 2024** at **3:00 p.m.** The conference will be held remotely via Microsoft Teams. The Clerk of Court is directed to terminate ECF No. 85.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 11, 2024
New York, New York

Re: *Paulino-Santos, et al.* v. *Metropolitan Transportation Authority, et al.*, No. 23-cv-03471

Dear Judge Clarke:

We write on behalf of Defendants in this action: the Metropolitan Transportation Authority, the New York City Transit Authority, John Lieber (in his official capacity), and Richard Davey (in his official capacity) (collectively, the "Defendants"). Pursuant to Rule 2(e) of Your Honor's Individual Rules of Practice, we request a short adjournment of the hearing on Defendants' Motion to Compel Interrogatory Responses (ECF No. 84) currently scheduled for June 12, 2024, at 12 p.m. There have been no prior requests for adjournment. Counsel for Defendants requests a short adjournment due to a pre-existing conflict, namely, to travel from New York City to Long Island for an oral argument in state court. Plaintiffs do not object.

Counsel for Defendants thanks the Court for its attention to this matter.

Sincerely,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

cc: All Counsel of Record