UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULINO-SANTOS et al.,

                Plaintiffs,

         -against-

METROPOLITAN TRANSPORTATION AUTHORITY et al.,

                Defendants.

23-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    For the reasons stated on the record, Plaintiffs' request for a protective order in ECF No. 102 is DENIED. The Clerk of Court is directed to terminate ECF No. 102.

Dated: September 5, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge