UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUZ PAULINO-SANTOS, MICHAEL RING, BETTY VEGA, AND NEW YORK INTEGRATED NETWORK,

                  Plaintiffs,

-against-

METROPOLITAN TRANSIT AUTHORITY, NEW YORK CITY TRANSIT, JOHN LIEBER, AND RICHARD DAVEY,

                  Defendants.

23-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court has reviewed the parties' joint submission at ECF No. 115. It appears from that submission that counsel never met and conferred regarding this dispute before bringing it to the Court in violation of the Court's Individual Rules, Local Rules, and the Federal Rules of Civil Procedure. The Court therefore directs counsel to participate in good faith in a meet and confer in an attempt to reach a resolution on this issue. If disputes remain, any joint letter must state: (1) the position the parties started with at the beginning of the meet and confer; (2) each party's final proposed compromise; and (3) why the opposing side finds the compromise position insufficient. The Court encourages counsel to conduct this meet and confer without recording it. If issues with the meet and confer process continue, the parties are permitted to raise this issue with the Court in the joint letter.

    The Court also grants Plaintiff's requested discovery extension. The deadline for the completion of fact discovery is hereby extended to January 22, 2025, limited to follow-up discovery related to the Scheduling RFP responses and the delayed NYCT deposition. The deadline for the post-fact discovery joint status letter is extended from December 18, 2024 to

January 29, 2025. The case management conference in this matter, previously scheduled for December 20, 2024 at 11:00 a.m., is RESCHEDULED for February 4, 2025 at 4:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

The Clerk of Court is directed to terminate ECF No. 115.

Dated: November 7, 2024
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge