



September 3, 2024

<u>Via ECF</u>

The Honorable Jessica G.L. Clarke
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

    Re: *Paulino-Santos et al.* v. *Metropolitan Transportation Authority et al.*, 23-cv-03471

Dear Judge Clarke:

    We are re-filing a corrected version of Exhibit D, ECF 102-5, attached to the parties' joint letter-motion concerning Defendants' discovery requests upon Plaintiff New York Integrated Network ("NYIN"), ECF 102. The originally-filed version of Exhibit D at ECF 102-5 is missing a portion of the deposition transcript of Matthew Sturiale, as cited to by Defendants on page 4 of the letter-motion. Attached hereto is a revised version with the correct pages included.

    Thank you for your attention to this matter.

Respectfully Submitted,

/s/
Gregory F. Laufer
Yotam Barkai
Tamar Holoshitz
Kerissa Barron
Matthew Clarida
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, NY 10019
glaufer@paulweiss.com

*Attorneys for Defendants*

/s/
Maia Goodell
Emily Bass
VLADECK, RASKIN &
CLARK, P.C.
111 Broadway, Suite 1505
New York, NY 10006
mgoodell@vladeck.com

*Attorneys for Plaintiffs*

/s/
Britney R. Wilson
New York Law School
Legal Services, Inc.
185 West Broadway
New York, NY 10013
Britney.Wilson@nyls.edu

*Attorney for Plaintiffs*

Application GRANTED. The corrected version of Exhibit D, filed at ECF No. 109-1 will replace Exhibit D, filed at ECF No. 102-5. The Clerk of Court is hereby directed to terminate ECF No. 109.

SO ORDERED.

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Dated: November 14, 2024
        New York, New York