UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUZ PAULINO-SANTOS, MICHAEL RING, BETTY VEGA and NEW YORK INTEGRATED NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, JANNO LIEBER, in his official capacity as chair and chief executive officer of the Metropolitan Transportation Authority, and DEMETRIUS CRICHLOW, in his official capacity as President of the New York City Transit Authority,<br><br>Defendants. | Case No: 23-CV-03471 (JGLC)<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Tamar Holoshitz, of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") moves to withdraw as an attorney of record for defendants Metropolitan Transportation Authority (the "MTA"), Janno Lieber, in his official capacity as chair and chief executive officer of the MTA, New York City Transit Authority (the "NYCTA"), and Demetrius Crichlow, in his official capacity as President of the NYCTA (collectively, the "Defendants") in the above-captioned matter, on the grounds that she is leaving her employment with Paul, Weiss.

Paul, Weiss has and will continue to represent the Defendants in this proceeding and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Tamar Holoshitz to withdraw as counsel for the Defendants in this matter.

Dated: New York, New York
       January 6, 2025

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

 /s/ Tamar Holoshitz
Tamar Holoshitz
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Email: tholoshitz@paulweiss.com

## **CERTIFICATE OF SERVICE**

I, Tamar Holoshitz, hereby certify that, on January 6, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

January 6, 2025
New York, New York

*/s/ Tamar Holoshitz*
Tamar Holoshitz