

Maia Goodell
212-403-7327
mgoodell@vladeck.com

June 4, 2025

**Via ECF**

**MEMO ENDORSED**

The Honorable Jessica G.L. Clarke
United States District Court for the
Southern District of New York
Danield Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007-1312

Re: <u>Paulino-Santos et al. v. Metropolitan Transportation Authority et al.</u>, 23-cv-03471

Dear Judge Clarke:

We write with consent of all parties pursuant to Your Honor's Individual Practices, Rule 2.e, respectfully to request an adjournment of the conference scheduled for June 10. Two of plaintiffs' attorneys have a mediation scheduled for that date; Court permission would be required to move the mediation. <u>Torres v. JetBlue Airways Corp.</u>, No. 25-cv-634 (E.D.N.Y.) (ECF 24 & May 2, 2025 Minute Order). Counsel for Bharavi Desai, plaintiffs, and defendants, are all available on June 16, 17, and 18, 2025. This Plaintiffs' first request to adjourn this conference.

Respectfully submitted,

*Maia Goodell*

Maia Goodell

MG:djl

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for June 10, 2025 at 11:00 a.m., is RESCHEDULED for June 17, 2025 at 3:00 p.m. The conference will be held remotely via Microsoft Teams.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 5, 2025
New York, New York

#1391664