UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUZ PAULINO-SANTOS, et al.,

               Plaintiffs,

      -against-

METROPOLITAN TRANSIT AUTHORITY, et al.,

               Defendants.

23-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Due to a scheduling conflict, the conference in this matter, previously scheduled for January 20, 2026, at 4:00 p.m., is rescheduled for January 22, 2026, at 2:00 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 425345854#.

Dated:  January 2, 2026
        New York, New York

               SO ORDERED.

               JESSICA G. L. CLARKE
               United States District Judge