UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUZ PAULINO-SANTOS, et al.,

                    Plaintiffs,

        -against-

METROPOLITAN TRANSIT AUTHORITY, et al.,

                    Defendants.

23-CV-3471 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court temporarily grants the parties' motions to seal. ECF Nos. 171, 182. The Court

will assess whether to keep the materials at issue under seal or redacted when deciding the

underlying motion. Access is restricted to attorneys appearing for the parties and court personnel.

Dated: June 10, 2026
        White Plains, New York

                            SO ORDERED.

                            _____
                            JESSICA G. L. CLARKE
                            United States District Judge